IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DOMINION GREENTREE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 3:13-cv-00293-TAV-HBG |
| HARFORD MUTUAL INSURANCE COMPANY, and FIRSTLINE NATIONAL INSURANCE COMPANY, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, come the parties to this action and voluntarily dismiss this civil action and Complaint with full prejudice among, against and between all parties to this litigation in that all matters have been compromised and settled privately. Each party will bear its/their own costs.

**APPROVED FOR ENTRY:**

s/*Keith D. Stewart*
Keith D. Stewart (BPR #017574)
Counsel for Plaintiff
**STEWART & DUPREE**
713 Market Street, 2nd Floor
Knoxville, TN 37902
(865) 437-5081; Fax: (865) 437-5082

*s/S. Morris Hadden*
S. Morris Hadden (BPR #000747)


*s/Caroline R. Williams*
Caroline R. Williams (BPR #029454)

Counsel for Defendant
**HUNTER, SMITH & DAVIS, LLP**
1212 N. Eastman Road
P. O. Box 3740
Kingsport, TN 37664
(423) 378-8820; Fax: (423) 378-8801